## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

NORTH STAR INNOVATIONS INC.,

       Plaintiff,

       v.

CYPRESS SEMICONDUCTOR
CORPORATION,

       Defendants.

Civil Action No. 16-cv-368-LPS-CJB

JURY TRIAL DEMANDED

### JOINT STIPULATION OF DISMISSAL

WHEREAS, Plaintiff North Star Innovations, Inc. ("Plaintiff" or "North Star") and Defendant Cypress Semiconductor Corporation ("Defendant" or "Cypress") (Plaintiff and Defendant may be referred to collectively as the "Parties"), have resolved Plaintiff's claims for relief against Defendant that were asserted or that could have been asserted in this case and have resolved Defendant's counterclaims for relief against Plaintiff that were asserted or that could have been asserted in this case;

NOW, THEREFORE, Plaintiff and Defendant, through their respective attorneys of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismissal, ***with prejudice***, of Plaintiff's claims for relief that were asserted or that could have been asserted against Defendant in this case, and hereby stipulate to dismissal, ***without prejudice***, of Defendant's claims, defenses or counterclaims for relief that were asserted or that could have been asserted against Plaintiff in this case, with all attorneys' fees, costs of court and expenses to be borne by the party incurring same.

Date: January 27, 2017

FARNAN LLP


/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 North Market Street, 12th Floor
Wilmington, Delaware 19801
Tel:  302-777-0300
Fax:  302-777-0301
bfarnan@farnanlaw.com


*Attorneys for North Star Innovations Inc.*

Respectfully submitted,

FISH & RICHARDSON P.C.


*/s/ Joseph B. Warren*
Gregory R. Booker (#4784)
Joseph B. Warden (#5401)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
(302) 652-5070
booker@fr.com
warden@fr.com

*Attorneys for Defendant*
*Cypress Semiconductor Corporation*

2